**FILED**

05/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0327

# IN THE SUPREME COURT FOR THE STATE OF MONTANA

## No. DA 21-0327

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

THOMAS JAMES LUCERO,

      Defendant and Appellant.

## ORDER

Upon consideration of Defendant and Appellant's Motion For Extension Of Time (Second Or Subsequent), and with good cause shown, Defendant and Appellant Thomas Lucero is hereby granted an extension of time until June 11, 2022 in which to prepare, file and serve Defendant and Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 11 2022